IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2017 SEP 22 PM 2: 13

| | | |
|---|---|---|
| **Ilya Braude** | * | |
| | * | Case No. 1:17-cv-00364-ELH |
| **Plaintiff** | * | |
| | * | Approved |
| v. | * | |
| | * | |
| **Alla Vilnyanskaya** | * | |
| | * | |
| **Defendant** | * | |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ilya Braude hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant Alla Vilnyanskaya.

ROBSON & ROBSON P.C.:

By: /s/
Edward S. Robson, Esq.
*Admitted Pro Hac Vice*
2200 Renaissance Boulevard, Suite 270
King of Prussia, PA 19406
(610) 825-3009
(610) 825-2620 (fax)
erobson@robsonlaw.com

### CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 22, 2017, a copy of the above was filed electronically with the United States District Court, and pursuant to L.R. 102.1c, the Court's notice of electronic filing constitutes a certificate of service on all other counsel in the action

/s/ Edward S. Robson
Edward S. Robson, Esq.